UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE E. WILLIAMS, | Case No. 3:22-cv-00416-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| ESP, *et al.*, | |
| Respondents. | |

This action is a petition for a writ of habeas corpus by Terrance E. Williams, an individual incarcerated at Nevada's Ely State Prison. Williams initiated this action on September 16, 2022, by submitting two documents styled as habeas petitions (ECF Nos. 1-1, 1-2). Williams did not pay the filing fee or submit an application to proceed *in forma pauperis*.

The Court will grant Williams time to either pay the filing fee or file an application to proceed *in forma pauperis*. If Williams wishes to pay the filing fee, he must send $5 to the Clerk of the Court, with a cover letter referencing the case number of this action. If Williams wishes to apply for *in forma pauperis* status, his application must be complete, including the required financial certificate signed by a prison officer. If Williams fails to pay the filing fee or file an *in forma pauperis* application within the time allowed, this action will be dismissed.

**IT IS THEREFORE ORDERED** that Petitioner will have 45 days from the date of this order to either pay the $5 filing fee for this action or file a fully completed application to proceed *in forma pauperis*, including the required financial certificate.

///

///

///

1

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send to Petitioner, along with a copy of this order, two form *in forma pauperis* applications.

DATED THIS 18th day of October, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE